

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

DIVISION Lufkin                                    Date: November 15, 2022

U.S. Magistrate Judge Christine L. Stetson          TIME: 12:03 p.m.- 1:10 p.m.

VILMA M. MOLINA
    *Plaintiff*                                     Reporter/FTR: Sherré White
                                                     C/Deputy: Sherré White
v

                                                     CIVIL NO.: 9:21CV290 – MJT- CLS

ETECH GLOBAL SERVICES LLC, et al
    *Defendants*

---

ATTORNEYS FOR PLAINTIFFS: Vilma Molina (Pro Se)

ATTORNEYS FOR DEFENDANT: Juliana Gaige

LAW CLERK: Sarah Winslow

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS: *Court Began: 12:03 p.m.* The court called the above case for a scheduling conference. Court reviewed the Rule 26(f) report (Doc. #24) with the parties in open court and set deadlines for the scheduling order. Court provided a copy of the Report and Recommendation (Doc. #24) to the plaintiff and defendant in open court. Plaintiff advised the court that she was having problems filing in CM/ECF and requested that she be allowed to file and serve all documents by mail and that she be served by mail. The court granted her request and will enter an order vacating the order (Doc. #16). The court addressed Plaintiffs' Motion for Extension of Time (Doc. #20). The court will enter an order granting the motion and ordering Plaintiff to submit her mandatory initial disclosures by November 22, 2022. *Court adjourned 1:10  p.m.*